UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO PABA SERJE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RAPPI, INC., et al.,<br><br>    Defendants. | Case No. 4:19-cv-07415-KAW<br><br>ORDER TO SHOW CAUSE TO PLAINTIFFS |

This action was filed on November 8, 2019. (Dkt. No. 1.) On June 3, 2020, the Court extended Plaintiff's deadline to complete service of the complaint and summons on Defendants to August 5, 2020. (Dkt. No. 17.) To date, no proof of service has been filed. On July 20, 2020, the Court granted Plaintiff's counsel's motion to withdraw, such that Plaintiffs are now pro se. (Dkt. No. 19.) There is a case management conference scheduled for October 6, 2020, but Plaintiffs did not file a case management statement seven days prior as required.

IT IS HEREBY ORDERED that by no later than **October 30, 2020**, Plaintiff shall show cause, in writing, why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief. Alternatively, Plaintiffs may dismiss their case voluntarily and without prejudice.

Finally, the case management conference scheduled for October 6, 2020 is VACATED.

IT IS SO ORDERED.

Dated: October 2, 2020

KANDIS A. WESTMORE
United States Magistrate Judge